IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER WITTE, CELEST BLAIR-KELLY, ASHLI LEIST, DARLA BLACKMON, VIKTORIA ROBERTSON, CHRISTINA INNES, TINY CHAMBERLAIN, MARY ANN LIVENGOOD, MARIA GARZA, CHANIN LINDGREN, LAURA CAMPBELL and ELIZABETH GUYNES,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXAS BOARD OF PARDONS & PAROLE, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, TEXAS DEPARTMENT OF CORRECTIONS, DAVID TAYLOR, LINDA AMENT, REBECCA ADAMS, JUDY ARNOLD, and BILL MUSSER,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. A 98CA 503SS |

**JUDGEMENT**

This matter comes on before the Court upon announcement of Plaintiffs, Witte, Leist, Blair-Kelly, Blackmon, Robertson, Innes, Chamberlain, Livengood, Garza, Campbell, Lindgren and Guynes and Defendant, David Taylor, that the parties have settled the dispute by agreement and they jointly request Entry of this Judgment. All parties to this Judgment further agree that they will be responsible for their own attorney's fees and costs.

**IT IS THEREFORE ORDERED** that the Plaintiffs, Witte, Leist, Blair-Kelly, Blackmon, Robertson, Innes, Chamberlain, Livengood, Garza, Campbell, Lindgren and Guynes, ONLY, are granted judgment against David Taylor in the amount of $10,000.00, as to Plaintiffs, Witte, Leist, Blair-Kelly, Blackmon, Robertson, Innes, Chamberlain, Livengood, Garza, Campbell, Lindgren and Guynes, ONLY, without prejudice to the other Plaintiffs, Durst and Nichols', claims against either

David Taylor and the other Defendants. It is further ordered adjudged and decreed that each party shall pay their own attorney's fees and costs.

DONE this 13th day of September, 1999.

Honorable Judge Sam Sparks

APPROVED:

Terry Fleming, TBA 07132500
4425 West Vickery Blvd., Suite 100
Fort Worth, Texas 76107

-AND-

Richard L. Denney, OBA #2297
Lydia JoAnn Barrett, OBA #11670
DENNEY & BARRETT, P.C.
870 Copperfield Drive
Norman, Oklahoma 73072
Attorneys for Above-named Plaintiffs

David H. Martin
Malesovas, Martin & Tekell, L.L.P.
PO Box 1709
Waco, Texas 76703-1709
Attorneys for David Taylor