UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JENNIFER WITTE, CELEST BLAIR-KELLY ASHLI LEIST, DARLA BLACKMON, VIKTORIA ROBERTSON, CHRISTINA INNES, TINY CHAMBERLAIN, MARY ANN LIVENGOOD, MARIA GARZA, CHANIN LINDGREN, LAURA CAMPBELL and ELIZABETH GUYNES<br><br>Plaintiffs<br><br>vs.<br><br>DAVID TAYLOR, LINDA AMENT, REBECCA ADAMS, JUDY ARNOLD And BILL MUSSER<br><br>Defendants | CV NO. A 98CA 503SS<br>**NOTICE OF APPEAL** |

## PLAINTIFFS' NOTICE OF APPEAL

**NOW COME PLAINTIFFS**, Jennifer Witte, Ashli Leist, Celest Blair-Kelly, Darla Blackmon, Viktoria Robertson, Christina Innes, Tiny Chamberlain, Maryann Livengood, Maria Garza, Laura Campbell, Chanin Lindgren and Elizabeth Guynes, and files this their **Notice of Appeal**, and in support of same hereby state following:

I.

1. Notice is hereby given that Plaintiffs in the above-styled and numbered cause hereby appeal to the United States Court of Appeals for the

PLAINTIFFS' NOTICE OF APPEAL - P. 1

Fifth Circuit from an Order dated June 7, 1999 dismissing Plaintiffs' claims, (excluding Plaintiff Viktoria Robertson), against Defendants Ament, Adams, Arnold and Musser on all issues the decision of this Court entered on the 7th day of June, 1999 regarding dismissal of the claims against said Defendants.

2. Notice is further given that Plaintiff Viktoria Robertson hereby appeals to the Court of Appeals for Fifth Circuit from an Order dated June 28, 1999 dismissing Plaintiff Viktoria Robertson's claims against Defendants Ament, Adams, Arnold and Musser on all issues the decision of this Court entered on the 28th day of June, 1999 in connection with the dismissal of her claims against said Defendants.

3. Plaintiffs further hereby appeal to the Court of Appeals for the Fifth Circuit from an Order dated August 17, 1999 denying Plaintiffs' Motion for Reconsideration on all issues the decision of this Court entered on the 17th day of August, 1999 in connection with the Plaintiffs' Motion for Reconsideration.

Respectfully Submitted,

Richard L. Denney, OBA #2297
Lydia JoAnn Barrett, OBA #11670
DENNEY & BARRETT, P.C.
870 Copperfield Drive
Norman, Oklahoma 73072
(405) 364-8600 - telephone
(405) 364-3980 - facsimile

-AND-

PLAINTIFFS' NOTICE OF APPEAL   -   P. 2

*[signatures]*

Terry K. Fleming, TBA # 07132500
4425 West Vickery Blvd., Suite 100
Fort Worth, Texas 76107
(817) 738-7196 - telephone
(817) 738-5370 – facsimile
ATTORNEYS FOR PLAINTIFFS,
WITTE, BLAIR-KELLY, LEIST, BLACKMON, ROBERTSON, INNES, CHAMBERLAIN, LIVENGOOD, GARZA, LINDGREN, CAMPBELL AND GUYNES

## CERTIFICATE OF MAILING

This is to certify that on the ___ day of October 1999, a true and correct copy of the above and foregoing document, was mailed, postage prepaid, to:

Susan E. Werner
ATTORNEY GENERAL'S OFFICE
P.O. Box 12548, Capitol Station
Austin, Texas 78711
ATTORNEYS FOR STATE DEFENDANTS

David H. Martin
MALESOVAS, MARTIN & TEKELL
P.O. Box 1709
Waco, TX 76703
ATTORNEY FOR DAVID TAYLOR

*[signatures]*

Terry K. Fleming
Lydia JoAnn Barrett
Richard Denney